UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 22CR0216-JLS |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ROBERTO SALAZAR II (1), JOSE ERNESTO LOPEZ (2), JUAN CARLOS ZEPEDA-SANTOS (3), | ) ) ) | ORDER ON JOINT MOTION TO CONTINUE |
| Defendants. | ) ) ) | MOTION HEARING/TRIAL SETTING |

Good cause appearing, it is hereby ordered that the Motion Hearing/Trial Setting in the above-entitled case scheduled for March 18, 2022 is continued to May 20, 2022 at 1:30 p.m. Defendants released on bond shall file acknowledgements of the new hearing date within one week of this order.

It is further ordered that the time between March 18, 2022 and May 20, 2022 is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: March 16, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1